**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>**NIEVES RODRIGUEZ, WILLIAM**<br><br><br>DEBTOR(S) | CASE NO.: **12-01032-BKT**<br>JUDGE: **BRIAN K. TESTER**<br><br>(CHAPTER 7) |

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on March 13, 2012. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

Claims docket necessary at this time. ☐ Yes ☑ No          Track 7

Exemptions as claimed in Schedule C allowed. ☑ Yes ☐ No

Creditor(s) Present ☑ Yes ☐ No

ROMERO/FIRST BANK
_____

**Attorney's Information**
Present with Debtor(s) was
☑ Attorney of Record
☐ Other:
☐ Pro-Se

**Debtor to amend within _____ days the following:**
☐ A, ☐ B, ☐ C, ☐ D, ☐ E, ☐ I & J, ☐ Other
☐ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within 10 days:**
☐ Documents on Real Property                    ☐ Documents on Vehicle
  ☐ Appraisal ☐ Title Search ☐ Mortgage Balance    ☐ Evidence of Value ☐ Loan Pay-Off ☐ Registration
Other: Status on civil suit for damages filed against
Department of Agriculture (case No: NDP2000046).

**Trustee further requests that:**
☐ Case be closed as no-asset as of the date of §341(a) meeting.          ☐ Upon receipt of documents.
☑ Case be held open for potential asset recovery.
☐ Case be **RESET** the §341(a) Meeting
     ☐ On the ___ day of ___, 200_ at _.
     ☐ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
          ☐ Debtor(s) failed to appear.
          ☐ Attorney for Debtor(s) failed to appear.
          ☐ Further testimony or material is needed.

☐ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
☐ Failure to provide complete: ☐ Schedules, ☐ Statement of Affairs, ☐ Mailing Lists,
☐ Description of estate assets.
☐ Failure of ☐ Debtor(s) ☐ Counsel to appear at:
     ☐ initial, ☐ subsequent creditor meetings.

Dated:   March 13, 2012                         /s/ Roberto Roman Valentin
                                                Roberto Roman Valentin, Trustee